# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVINO GRAHAM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-2868** |
| | : | |
| **DISTRICT COURT** | : | |
| **JUDGE DARNELL JONES,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of August, 2022, upon consideration of Plaintiff Kevino Graham's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 1), it is **HEREBY ORDERED** that:

1. Graham's Motion for leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons stated in the Court's Memorandum.

2. If Graham seeks to continue with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

3. If Graham fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ Hon. Wendy Beetlestone

**WENDY BEETLESTONE, J.**
